### WARD *v.* THE STATE.

DUCKWORTH, Justice. The defendant in the present criminal case was convicted of robbery by intimidation which under the statute (Code, § 26-2503) is not a capital felony, and no other question is raised which under Code, § 2-3005, would give this court jurisdiction. The Court of Appeals has jurisdiction in all cases where the constitution has not conferred jurisdiction upon the Supreme Court. Code, § 2-3009. The Court of Appeals, and not the Supreme Court, has jurisdiction in this case.

*Transferred to Court of Appeals. All the Justices concur, except Head, J., disqualified.*

No. 15247. SEPTEMBER 7, 1945.

*R. R. Burger* and *Shackelford & Shackelford,* for plaintiff in error.

*T. Grady Head, attorney-general, D. M. Pollock, solicitor-general,* and *Victor Davidson, assistant attorney-general,* contra.